**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER
RYAN O'NEILL;
JOQUIN MARTINEZ;
CHRISTOPHER ANDERSON; and
WILLIAM LEGER, III, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER VACATING ORDERS
_____

    This civil action has now been reassigned to permit coordination of these proceedings with the other civil actions pending before this Court on the same subject matter. The complaint in this case alleges a class action and the last order entered by Magistrate Judge Craig B. Shafer reflects that some discovery responses have been ordered in that case, apparently relating to the question of whether the requirements of F.R.C.P. 23 can be met. In anticipation of a coordinated conference being held in all of these civil actions to develop a coordinated case management order, it is now

    ORDERED that the order of reference to Magistrate Judge Craig B. Shafer is vacated and the orders previously entered by Magistrate Judge Shafer are vacated.

    Dated: April 23rd, 2012.

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge