IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER
RYAN O'NEILL;
JOQUIN MARTINEZ;
CHRISTOPHER ANDERSON; and
WILLIAM LEGER, III, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____

ORDER FOR HEARING CONCERNING KEVIN STRINGER
_____

      On September 17, 2012, a Stipulated Motion for Voluntary Dismissal Without Prejudice

of Plaintiff Kevin Stringer under FRCP 41(a)(2) [44] was filed by William Muhr, who entered his

appearance on the same day as co-counsel for the plaintiffs, who are also represented by L.

Daniel Rector.  On the same day, Kimberly Everette filed a response opposing dismissal signed

by Kimberly Everette, an attorney who has previously appeared in this civil action as counsel for

the plaintiffs [46].  On September 26, 2012, William Muhr filed a motion for leave to file a reply to

Kim Everette's response [48] and tendered a reply [48-1]; and on September 27, 2012, Kimberly

Everette filed a response to that motion to file a reply [49].  Upon review of these papers, it is

now

      ORDERED that a hearing will be held at a time to be scheduled and it is

      FURTHER ORDERED that Kevin Stringer, William Muhr, L. Daniel Rector and Kimberly

Alford Everette are required to be present at the hearing at which the Court will determine the

status of Kevin Stringer as a plaintiff in this civil action and his legal representation.


      Dated:   September 27th, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge