IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER
RYAN O'NEILL;
JOQUIN MARTINEZ;
CHRISTOPHER ANDERSON; and
WILLIAM LEGER, III, individually and on behalf of all others similarly situated,

    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER FOR HEARING CONCERNING KEVIN STRINGER
_____

    On September 17, 2012, a Stipulated Motion for Voluntary Dismissal Without Prejudice of Plaintiff Kevin Stringer under FRCP 41(a)(2) [44] was filed by William Muhr, who entered his appearance on the same day as co-counsel for the plaintiffs, who are also represented by L. Daniel Rector.  On the same day, Kimberly Everette filed a response opposing dismissal signed by Kimberly Everette, an attorney who has previously appeared in this civil action as counsel for the plaintiffs [46].  On September 26, 2012, William Muhr filed a motion for leave to file a reply to Kim Everette's response [48] and tendered a reply [48-1]; and on September 27, 2012, Kimberly Everette filed a response to that motion to file a reply [49].  Upon review of these papers, it is now

    ORDERED that a hearing will be held at a time to be scheduled and it is

    FURTHER ORDERED that Kevin Stringer, William Muhr, L. Daniel Rector and Kimberly Alford Everette are required to be present at the hearing at which the Court will determine the status of Kevin Stringer as a plaintiff in this civil action and his legal representation.

    Dated:   September 27th, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge