**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                         February 15, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-02584-RPM

| | |
|---|---|
| KEVIN STRINGER, | L. Daniel Rector |
| RYAN O'NEILL, | Kimberly P. Everette |
| JOAQUIN MARTINEZ, | |
| CHRISTOPHER ANDERSON, and | |
| WILLIAM LEGER III, individually and | |
| on behalf of all others similarly situated, | |

        Plaintiffs,
v.

THE UNITED STATES OF AMERICA,                               Scott A. Risner

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Class Certification**

**2:00 p.m.         Court in session.**

Defendant's representative Major Wayne Williams present.

Court's preliminary remarks and statement regarding the issue of commonality.

2:04 p.m.         Argument by Mr. Rector.

Mr. Rector clarifies its class definition to only the Army branch of the U.S. Armed Forces.
Ms. Everette states her client adopts Mr. Rector's argument.

2:24 p.m.         Argument by Mr. Risner.
2:43 p.m.         Rebuttal argument by Mr. Rector.
2:51 p.m.         Further argument by Mr. Risner

**Court and counsel agree that both sides will each select one Colorado resident plaintiff to serve as test cases. Mr. Risner will file applicable Administrative records and plaintiffs' counsel may file a motion for leave to supplement the records if necessary.**

**ORDERED:**     Plaintiffs' Motion for Class Certification [51], is deferred.

**2:55 p.m.         Court in recess.**          Hearing concluded.  Total time: 55 min.