**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02584-RPM
(Coordinated with cases 11-cv-02550-RPM, 11-cv-02817-RPM, 11-cv-02819-RPM, and 12-cv-0876-RPM, 12-cv-1069-RPM, 12-cv-1724-RPM)

KEVIN STRINGER,
RYAN O'NEILL,
JOAQUIN MARTINEZ,
CHRISTOPHER ANDERSON, and
WILLIAM LEGER III, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____

**ORDER APPROVING BRIEFING SCHEDULE**
_____

Having reviewed the parties' Joint Proposed Briefing Schedule [63] filed March 28, 2013, it is

ORDERED that the parties in this case shall proceed on the following schedule:

- Deadline for Plaintiff O'Neill to confer with Defendant on any dispute as to the administrative record filed at Dkt. 34: April 22, 2013.

- Defendant for Plaintiff O'Neill to file any motion to supplement the record and/or any motion to seek discovery: April 29, 2013. If Plaintiff O'Neill files any such motion, the response and reply deadlines shall be governed by D.C.COLO.L.Civ.R. 7.1, and the parties will confer at that time and propose appropriate modifications to the remaining schedule.

- The deadlines for filing motions for summary judgment: Plaintiff O'Neill's

motion by May 13, 2013; Defendant's opposition and cross-motion by June 3, 2013. The remaining response and reply deadlines shall be governed by D.C. COLO. L.Civ.R. 7.1.

Dated:  March 29th, 2013.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge