## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                June 17, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. **11-cv-02550-RPM**

(Coordinated with cases 11-cv-02584-RPM, 11-cv-02817, 11-cv-02819-RPM, 12-cv-01724, 12-cv-01069 and 12-cv-0876-RPM)

| | |
|---|---|
| SIAMAK AMIRINOOR, | William W. Muhr |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Scott A. Risner |
| Defendant. | |

**And**

Civil Action No. **11-cv-02584-RPM**

| | |
|---|---|
| KEVIN STRINGER, | Kimberly P. Everette |
| RYAN O'NEILL, | |
| JOAQUIN MARTINEZ, | |
| CHRISTOPHER ANDERSON, and | |
| WILLIAM LEGER III, individually and | |
| on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, | Scott A. Risner |
| Defendant. | |

___

### ==AMENDED== COURTROOM MINUTES
___

**Hearing on Motions**

**2:32 p.m.     Court in session.**

**Plaintiff Mr. Amirinoor**

Court's preliminary remarks.

Statements by Mr. Muhr regarding status of the case and explanation for motion for withdrawal. Mr. Muhr answers questions asked by the Court.

June 17, 2013
11-cv-02550-RPM
11-cv-02584-RPM

Ms. Everette answers questions asked by the Court regarding representation.

Mr. Risner answers questions asked by the Court regarding status of related cases filed in this district.

Mr. O'Neil states he is attempting to ascertain counsel with class action experience.
Mr. Muhr answers questions regarding status of using plaintiff O'Neall as a test case.

Statements by plaintiff Mr. Amirinoor and answers questions asked by the Court.
Mr. Amirinoor states he agrees to the motion withdraw of Mr. Muhr.

**ORDERED:**     **Attorney William Muhr's Motion to Withdraw [35] in 11-cv-02550-RPM, is granted. Mr. Muhr and his law firm have no further representation responsibility.**
**Mr. Amirinoor shall retrieve a copy of his file at Mr. Muhr's office.**
**Mr. Muhr shall obtain a copy from Mr. Rector of Mr. Amirinoor's file and turn it over directly to plaintiff Amirinoor.**
**Mr. Amirinoor shall find new counsel and advise the Court by the filing of an entry of appearance.**

Discussion between Court and Mr. Risner regarding the case concerning plaintiff O'Neill.

Further statements by Ms. Everette.

**ORDERED:**     ==**Plaintiff's Motion for Class Certification [51], is denied.**==

**Motion to Stay Proceedings [71] in 11-cv-02584-RPM, is granted with respect to all related cases with the exception of plaintiff O'Neill.**

**Defendant in 11-cv-02584-RPM shall file its motion for summary judgment with respect to plaintiff O'Neill by July 17, 2013 and plaintiff's response due in accordance with the rules.**

**3:02 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 30 min.