**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                      October 30, 2013
Courtroom Deputy:          J. Chris Smith
FTR Technician:            Kathy Terasaki
_____

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER,                                    William W. Muhr
RYAN O'NEILL,                                      Marizza Plaz-Lopez
JOAQUIN MARTINEZ,
CHRISTOPHER ANDERSON, and
WILLIAM LEGER III, individually and
on behalf of all others similarly situated,

         Plaintiffs,
v.

THE UNITED STATES OF AMERICA,                      Scott A. Risner

         Defendant.
_____


**COURTROOM MINUTES**
_____


**Hearing on Motion for Summary Judgment**

**2:39 p.m.        Court in session.**

Court's preliminary remarks and statements regarding Orders entered in related case
12-cv-01761-MSK-CBS.

Argument by Mr. Risner.

Argument by Mr. Muhr.

**ORDERED:    Defendant's Motion for Summary Judgment as to Plaintiff Ryan O'Neill [74], is
            denied and a written order will be prepared and entered.**

Mr. Risner states counsel Susan Ullman will be taking over as counsel for the defendant in this case and
all related case before this Court.

Discussion regarding remedy with respect to plaintiff O'Neill.

**3:05 p.m.        Court in recess.**

Hearing concluded.  Total time: 26  min.