**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02584-RPM
      (Coordinated with cases 11-cv-02817-RPM; 11-cv-02819-RPM,
        12-cv-00876-RPM;12-cv-01069-RPM; and 12-cv-01724-RPM)

KEVIN STRINGER,
RYAN O"NEILL,
JOAQUIN MARTINEZ,
CHRISTIOPHER ANDERSON, and
WILLIAM LEGER III, individually and
on behalf of others similarly situated

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____

### ORDER DENYING MOTION FOR CLASS CERTIFICATION
_____

Pursuant to this Court's Order on February 15, 2013, at the hearing on the plaintiffs' motion for class certification, the parties proceeded on judicial review of the claim of plaintiff Ryan o'Neill and, as this Court observed at the hearing on the defendant's motion for summary judgment on that claim, there are sufficient differences among these claims that class certification under Fed.R.Civ.P. 23 would be inappropriate and it is therefore

ORDERED that the plaintiffs' motion for class certification is denied and that on or before January 21, 2014, counsel for the parties shall submit an agreed schedule for judicial review of the claims of other plaintiffs in this and the coordinated civil actions, 11-cv-02817-RPM, 11-cv-02819-RPM, 12-cv-00876-RPM, 12-cv-01069-RPM and

12-01724-RPM.

Dated: December 13th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge