IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER
RYAN O'NEILL;
JOQUIN MARTINEZ;
CHRISTOPHER ANDERSON; and
WILLIAM LEGER, III, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

JUDGMENT

---

Pursuant to the Order Denying Defendant's Motion for Summary Judgment as to Plaintiff Ryan O'Neill and Order for Remand [88] entered by Senior District Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that the decision denying Ryan O'Neill's application for benefits under TSGLI is vacated and this matter is remanded to the United States Army.

DATED: December 13, 2013

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. V. Wentz

By____________________________
Deputy