IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02584-RPM

KEVIN STRINGER
RYAN O'NEILL;
JOAQUIN MARTINEZ;
CHRISTOPHER ANDERSON; and
WILLIAM LEGER, III, individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

## JUDGMENT FOR ATTORNEY'S FEES

---

Pursuant to the Order Awarding Attorney's Fees entered July 17, 2014, by Senior District Judge Richard P. Matsch, it is

ORDERED that Judgment is entered in the amount of $25,000 in favor of Plaintiff Ryan O'Neill for his attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Kevin Stringer for his attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Joaquin Martinez for his attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Christopher Anderson for his attorney's fees in this action, and it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of

Plaintiff William Leger, III for his attorney's fees in this action.

DATE:  July 17, 2014

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. V. Wentz

By_____

Deputy