# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02584-RPM
(Coordinated with cases 11-cv-02817-RPM, 11-cv-02819-RPM, 12-cv-00876-RPM, 12-cv-01069-RPM, and 12-cv-01724-RPM)

KEVIN STRINGER,
RYAN O'NEILL,
JOAQUIN MARTINEZ,
CHRISTOPHER ANDERSON, and
WILLIAM LEGER III,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

## ORDER VACATING ORDER TO SHOW CAUSE
_____

On October 15, 2014, L. Dan Rector, Attorney at Law, filed a Notice of Withdrawal of Attorney's Lien in response to this Court's Order to Show Cause entered October 8, 2015. Upon review of that Notice, it is now

    ORDERED that the Order to Show Case is vacated.

    DATED: October 15th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge